UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| IN RE: | Case No.   04-41460-H4-7 |
| **TIMOTHY & CHRISTINA NELSON** | Chapter 7 |
| **LTD.** | |
| Debtor(s). | **APPLICATION TO PAY FUNDS INTO THE REGISTRY UNDER 11 U.S.C. §347 (a)** |

The undersigned trustee reports:

____   The dividend(s) payable to the creditor(s) listed on Exhibit "A" hereto is(are) in an amount less than the amount specified in Bankruptcy Rule 3010.

 X     More than ninety (90) days have passed since the return of minimal funds to Debtor, and the dividend(s) payable to the Debtor listed on Exhibit "A" hereto remain unclaimed.

Pursuant to Bankruptcy 3010 or 3011, as applicable, and 11 U.S.C. 347(a), the undersigned trustee requests authorization to pay small and/or unclaimed dividends in the total amount shown on said Exhibit "A" for deposit into the United States Treasury, pursuant to Chapter 129 of Title 28 (28 U.S.C. 2041, *et seq*).

Dated   03/03/10
　　　　　　　　　　　　　　　　　　　　　　　／s/ Ronald J. Sommers
　　　　　　　　　　　　　　　　　　　　　Ronald J. Sommers
　　　　　　　　　　　　　　　　　　　　　2800 POST OAK BLVD 61st Floor
　　　　　　　　　　　　　　　　　　　　　Houston TX 77056

**CERTIFICATE OF SERVICE**

I, Ronald J. Sommers, hereby certify that a true and correct copy of this Motion to Pay Funds into the Registry Under 11 U.S.C. § 374 (A) has been delivered via electronic transmission (ECF) to the U. S. Trustee, at 515 Rusk Avenue, Suite 3516, Houston, Texas   77002 via electronic transmission (ECF), on this 3RD  day of  March, 2010.

　　　　　　　　　　　　　　　　　　　　　／ Ronald J. Sommers
　　　　　　　　　　　　　　　　　　　　　Ronald J. Sommers

**EXHIBIT "A"**

Please check one:

<u>     </u>          Small Dividends

<u> XX </u>          Unclaimed Dividends

| Name & Address | Claim No. | Amount |
|---|---|---|
| JPMorgan Chase Bank<br>Attn: Mark Krowes<br>712 Main St., Floor 24<br>Houston, TX 77002 | 24 | 568.94 |
| Party America Fundraising, Inc.<br>980 Atlantic Avenue, Suite 103<br>Alameda, CA 94501 | 14 | 231.83 |
| CIT Group/Commercial Services<br>1211 Avenue of the Americas<br>NY, NY 10036 | | 119.15 |
| Sheer Land Products<br>103 Industrial Drive<br>Gilbertsville, PA 19525 | 6 | 5.02 |
| Chase Manhattan Bank USA<br>POB 52176<br>Phoenix, AZ 85072-21 | 3 | 25.10 |
| **TOTAL:** | | **$950.04** |