UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| IN RE: | Case No.   04-41460-H4-7 |
| **TIMOTHY & CHRISTINA NELSON** | Chapter 7 |
| **LTD.** | |
| Debtor(s). | **APPLICATION TO PAY FUNDS INTO THE REGISTRY UNDER 11 U.S.C. §347 (a)** |

The undersigned trustee reports:

__X__   The dividend(s) payable to the creditor(s) listed on Exhibit "A" hereto is(are) in an amount less than the amount specified in Bankruptcy Rule 3010.

_____   More than ninety (90) days have passed since the return of minimal funds to Debtor, and the dividend(s) payable to the Debtor listed on Exhibit "A" hereto remain unclaimed.

Pursuant to Bankruptcy 3010 or 3011, as applicable, and 11 U.S.C. 347(a), the undersigned trustee requests authorization to pay small and/or unclaimed dividends in the total amount shown on said Exhibit "A" for deposit into the United States Treasury, pursuant to Chapter 129 of Title 28 (28 U.S.C. 2041, *et seq*).

Dated   04/16/10                                                        /s/ Ronald J. Sommers
                                                                            Ronald J. Sommers
                                                                            2800 POST OAK BLVD 61st Floor
                                                                            Houston TX 77056

**CERTIFICATE OF SERVICE**

I, Ronald J. Sommers, hereby certify that a true and correct copy of this Motion to Pay Funds into the Registry Under 11 U.S.C. § 374 (A) has been delivered via electronic transmission (ECF) to the U. S. Trustee, at 515 Rusk Avenue, Suite 3516, Houston, Texas   77002 via electronic transmission (ECF), on this 16th day of April, 2010.

                                                                            / Ronald J. Sommers
                                                                            Ronald J. Sommers

**EXHIBIT "A"**

Please check one:

 XX   Small Dividends

 _    Unclaimed Dividends

| Name & Address | Claim No. | Amount |
|---|---|---|
| Cindus Corporation<br>515 Station Ave.<br>Cinncinnati, OH 45215-6899 | 5 | 1.17 |
| Magique Novelties<br>1105 Stevenson Court, Suite 100E<br>Roselle, IL 60172-4318 | 7 | 1.95 |
| Carlson Craft<br>1720 Linda Lane<br>North Mankato, MN 56003 | 12 | .66 |
| Foley's<br>1110 Main Street<br>Houston, Tx 77002 | 15 | 4.45 |
| Hanover Accessories<br>3555 Holly Lane North, Suite 60<br>Plymouth, MN 55447-1285 | 18 | 4.26 |
| Fernbrook, Inc.<br>2533 Fernbrook Lane North<br>Minneapolis, MN 5547-1734 | 19 | 3.47 |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
| **TOTAL:** |  | **$15.96** |